# REARRAIGNMENT
# DEL RIO DIVISION

CASE No.: DR:26-CR-01723(1)-EG

DEFENDANT'S:

#1 Kenneth Alfredo Aguilar-Santos | #1 [FPD] Bianca Rocha Del Rio

| | | | |
|---|---|---|---|
| JUDGE: | JOSEPH A CORDOVA | AUSA: | C DELICE |
| DEPUTY CLERK: | MARY G. CIENEGA | INTERPRETER: | A BEREA |
| COURT REPORTER: | FTR Gold-MG CIENEGA | PROB. OFFICER | G ARREOLA |
| DATE: | Tuesday, August 25, 2026 | TIME: | 4 MINS |

***PROCEEDINGS*** DFT NO:

| | | | | | |
|---|---|---|---|---|---|
| | DFT FAILS TO APPEAR | | | | |
| | COURT ORDERS BENCH WARRANT ISSUED | | | | |
| X | REARR HELD | X | | | |
| | REARR RESET | | | | |
| X | DFT INFORMED OF RIGHTS | X | | | |
| | SUPERSEDING INFO FILED | | | | |
| | WAIVER OF INDICTMENT FILED | | | | |
| X | CONSENT TO PLEA BEFORE MAGISTRATE JUDGE | X | | | |
| | ORDER SEALING PLEA AGREEMENT | | | | |

***PLEA***

| | | | | | |
|---|---|---|---|---|---|
| X | GUILTY PLEA COUNT: 1 | X | | | |
| | PSI WAIVED | | | | |
| X | REFERRED TO PROB PSI/WORKSHEET | X | | | |
| | PLEA AGREEMENT-FACT. BASIS W/IN PLEA AGRMT | | | | |
| | NO PLEA AGREEMENT | | | | |
| | WRITTEN FACTUAL BASIS (GOVT EXH ) | | | | |
| X | **WRITTEN STIPULATION OF FACTS** | X | | | |
| | ORAL FACTUAL BASIS | | | | |
| X | ADMONISHED ON RESTITUTION | X | | | |
| | SENTENCING SET FOR | | | | |

DFT 1: ____________ DFT 2: ____________

DFT 3: ____________ DFT 4: ____________

| | | | | | |
|---|---|---|---|---|---|
| | DFT CONT ON PRESENT BOND PENDING SENT. | | | | |
| X | DFT CONT IN CUSTODY PENDING SENT. | X | | | |

OTHER: